AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Angie Salaices ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:17-cv-01581-TLN-CKD |
| Colonial Van & Storage, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Colonial Van & Storage, Inc.

Date:   08/11/2017

*Attorney's signature*

Priya Navaratnasingham - SBN 252686
*Printed name and bar number*

Phillips, Spallas & Angstadt, LLP
505 Sansome St., 6th Floor
San Francisco, CA  94111

*Address*

pnavarat@psalaw.net
*E-mail address*

(415) 278-9400
*Telephone number*

(415) 278-9411
*FAX number*